# United States District Court for the Northern District of Illinois

Case Number: 08cv673                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__6__ Original and __0__ copies on __2-7-08__ as to office of the U.S.
                                    (Date)
ATTNY; U.S. ATTNY GENERAL; ROBERT BLACKWOOD; ROBERT S. MUELLER, III;

MICHAEL CHERTOFF; EMILIO T. GONZALEZ

C:\wpwin80\docket\feeinfo.frm    03/14/05