UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARINA NOVITSKAYA | ) | |
| | ) | |
| Plaintiff | ) | No. 08 C 673 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT BLACKWOOD, Chicago District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   GENE MELTSER, ESQ.
      BIRG & MELTSER
      570 Lake Cook Road
      Suite 125
      Deerfield, Illinois 60015

PLEASE TAKE NOTICE that on Thursday, April 24, 2008, at 9:00 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Der-Yeghiayan in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **DEFENDANTS' AGREED MOTION TO REMAND** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Sheila McNulty
    SHEILA MCNULTY
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-8788