# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 673 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Marina Novitskaya vs. Michael Chertoff , et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion to remand the case to the Agency [7] is granted under 8 U.S.C. § 1447(b). The instant action is hereby ordered remanded to the United States Citizenship and Immigration Services for and adjudication in an expeditious manner, the Plaintiff's naturalization application. Each party to bear its own costs and fees associated with this litigation. In the event Plaintiff's application is not adjudicated within 60 days, the Plaintiff is given leave to move for reinstatement of the instant action. All pending dates and motions before this Court are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|